**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| BOARD OF EDUCATION OF TRIAD | ) | | |
| COMMUNIITY UNIT SCHOOL | ) | | |
| DISTRICT NO. 2, COUNTY OF | ) | | |
| MADISON AND STATE OF ILLINOIS, | ) | | |
| | ) | No. | 19-cv-1214 JPG |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| CATLIN INDEMNITY COMPANY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Notice of Voluntary Dismissal (Doc.11). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant has not served an answer or motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

DATED: March 24, 2020

*s/J. Phil Gilbert*                               
UNITED STATES DISTRICT JUDGE